IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                            No. CR 04-1144 JB

FRANCISCO CHAMORRO-RESENDEZ

    Defendant.

## MEMORANDUM ORDER AND OPINION

**THIS MATTER** comes before the Court on the Defendant's Objections to Presentence Report, filed October 11, 2004 (Doc. 17). The Court held a hearing on this motion at the Defendant's sentencing on March 3, 2005. For the reasons stated on the record, and consistent with the Court's ruling at the hearing, the Court will overrule Defendant Francisco Chamarro-Resendez' objections.

**IT IS ORDERED** that Defendant's Objections to Presentence Report are overruled.

                                                                                                 _____
                                                                                                 UNITED STATES DISTRICT JUDGE

*Counsel:*

David C. Iglesias
  United States Attorney
    for the District of New Mexico
Kenneth J. Gonzales
Damon P. Martinez
  Assistant United States Attorneys
Las Cruces, New Mexico

      *Attorneys for the Plaintiff*

Carmen E. Garza
Las Cruces, NM

    *Attorney for the Defendant*